AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Central District of California

)
)
)
)

Celece, John Doe
_____
*Plaintiff(s)*

Dunn School, Dunn School Trust, Mike Beck, David Tom
Challinor, Darryl Devon Low, Ceta Dochterman,
Ron Garrett, David Gilcrease, Jeannie Gilcrease,
Cross Creek Manor, Richard Bandler, John
Grinder, Jane Doe, John Doe
_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)

v.

Civil Action No.   2:20-cv-10139 GW (PVCx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Dunn School    Dunn School Trust    Mike Beck  David T Challinor    D. Devon Low
2555 W. Hwy 154 PO Box 98          PO Box 98      323 Sporseen Rd  14 Moss St, Apt C
Los Olivos, CA    Los Olivos, CA    Los Olivos, CA  Sequim, WA      San Francisco, CA
93441             93441             93441           98382           94103

Ceta Dochterman    Ron Garrett        David Gilcrease    Jeannie Gilcrease  Jane and John Doe
3635 Swallow Ct.   1138 S 920 W       338 W 1970 S       unknown            unknown
Castro Valley, CA 94546  Hurricane, UT 84737  Hurricane, UT 84737  Richard Bandler   John Grinder
                                                                    3900 Woodlake Dr  1099 Smith Grade #16
        A lawsuit has been filed against you.  Cross Creek Manor                       Plano TX 75093    Santa Cruz, CA 95060
                                               150 N State St;
                                               La Verkin UT 84745
        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

Celece
PO Box 1679-4321
Sacramento, CA
95812

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   2/12/21
_____                          *Signature of Clerk or Deputy Clerk*