UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-10139 GW (PVCx)                                     Date:  February 16, 2021

Title   Celece, et al. v. Dunn School, et al.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS:**   **[IN CHAMBERS]  ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL  (Dkt. No. 4)**

Plaintiff Celece, a California resident proceeding *pro se*, has filed a Motion for Appointment of Counsel in the above-referenced civil action. ("Motion," Dkt. No. 4). Plaintiff argues that she is entitled to counsel because her case is "complicated" and she is uneducated in the law. (*Id.* at 1). She states that her attempts to secure counsel on her own have been unsuccessful. (*Id.*).

Plaintiff is advised that there is no constitutional right to appointed counsel in a civil action. *See Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009) (citing *Storseth v. Spellman*, 654 F.2d 1349, 1353 (9th Cir. 1981)). The decision to appoint counsel is within "'the sound discretion of the trial court and is granted only in exceptional circumstances.'" *Agyeman v. Corrections Corp. of America*, 390 F.3d 1101, 1103 (9th Cir. 2004) (quoting *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984)). When deciding whether exceptional circumstances exist, the court must evaluate both "'the likelihood of success on the merits [and] the ability of the petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved.'" *Palmer*, 560 F.3d at 970 (quoting *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986)).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-10139 GW (PVCx)                                             Date:  February 16, 2021

Title          Celece, et al. v. Dunn School, et al.

Plaintiff bears the burden of demonstrating the existence of "exceptional circumstances" warranting the appointment of counsel. *Palmer*, 560 F.3d at 970. To the extent that Plaintiff's Motion is based on her limited legal knowledge and lack of success in obtaining counsel on her own, Plaintiff fails to establish "exceptional circumstances" required for the appointment of counsel as these conditions and limitations apply to virtually every *pro se* litigant. *See Cardwell v. Kettelhake*, 2010 WL 3636267, at *1 (E.D. Cal. Sept. 14, 2010) (common experiences, such as a plaintiff's failure to complete high school, alleged difficulty responding to pleadings and understanding procedural rules, and limited access to the law library, do not establish "exceptional circumstances" warranting appointment of counsel).

The Court finds that Plaintiff presently has the ability to articulate her claims without the assistance of counsel. Neither the facts nor the legal issues involved in this case are unusually complex and Plaintiff has demonstrated an ability to carry this litigation forward with no legal assistance. Accordingly, Plaintiff's disabilities do not appear to pose an insurmountable obstacle to the litigation of her claims, particularly at this very early stage of the proceedings. *See Palmer*, 560 F.3d at 970 (denial of motion for appointment of counsel not an abuse of discretion where *pro se* plaintiff demonstrated an ability to represent himself). Furthermore, Plaintiff has conceded that the Court lacks jurisdiction over at least some of her claims. (*See generally* Dkt. No. 10).

Accordingly, Plaintiff's Motion for Appointment of Counsel is **DENIED WITHOUT PREJUDICE**. Nothing in this Order is intended to preclude Plaintiff from retaining counsel on her own.

The Clerk of the Court is directed to serve a copy of this Order upon Plaintiff at her address of record.

IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |