Celece
appearing pro per
Lemongrasstelephone@gmail.com
PO Box 1679-4321
Sacramento, Ca 94812
602-448-8809

FILED
CLERK, U.S. DISTRICT COURT
FEB 26, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JG___ DEPUTY

United States District Court, Central District of California

| | |
|---|---|
| Celece | Docket # 2:20-cv-10139 GW (PVCx) |
| V | Plaintiff's Motion For Service |
| Dunn School, et al | Of Summons By US Marshal |

Hon Judge George Wu; assigned to:Hon. Judge Pedro Castillo

### Motion

I am the pro se plaintiff in this case. Pursuent to Rule 4(c)3 of the Fed Rules of Civ Pro, I request that the court order service of Summons on defendants in this action by "a US Marshal or deputy marshal or by a person specially designated by the court." I am entitled to this relief because I am a fee waiver recipient.

### Statement of Exemption of Notice

Defendants have not been noticed of this motion. No defendant in this case has been served with a Summons prior to this motion. No defendant has appeared in this case prior to this motion.

### Request For Relief

I request that the court issue an Order stating that service of the Summons and Complaint in this case is to be completed by the US Marshal or deputy marshal.

## Memorandum Of Points and Authorities

Rule 4(c)3 of the Fed Rules of Civ Pro state,

> "At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. *The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. §1915 or as a seaman under 28 U.S.C. §1916.*" (emphasis added)

Rule 4 is titled "Summons", and the quoted subpart of the rule deals with service of the Summons. I have been granted a fee waiver in this action. I request an order for service only by a US Marshal or deputy marshal because I have no one to nominate for special appointment by the court.

Respectfully Submitted,

_____

Celece

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Celece<br><br>        Plaintiff,<br>   v.<br><br>Dunn School, et al<br><br>        Defendants | Case No.   CV 20-10139 GW (PVCx)<br><br>ORDER DIRECTING SERVICE OF SUMMONS BY US MARSHAL OR DEPUTY MARSHAL |

Pursuant to Rule 4(c)3 of the Federal Rules of Civil Procedure, service of Summons in the above titled case is to be made by the US Marshal or deputy marshal.

IT IS SO ORDERED.

DATED:_____

                                              HON. PEDRO V. CASTILLO
                                              United States Magistrate Judge