UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-10139-GW-PVCx | Date | March 22, 2021 |
|---|---|---|---|
| Title | *Celece, et al. v. Dunn School, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **IN CHAMBERS - COURT ORDER**

The Court has received Plaintiff's Ex Parte Application For Order Specifying Time to Service Summons [15], and Motion for Service of Summons by U.S. Marshal [16]. The Court GRANTS Plaintiff's request for service by U.S. Marshal. Separate Order to issue.

| | : | |
|---|---|---|
| | Initials of Preparer | JG |