UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CELECE, et al.

        PLAINTIFF(S),

v.

DUNN SCHOOL, et al.,

        DEFENDANT(S).

CASE NUMBER

CV 20-10139-GW-PVCx

ORDER DIRECTING SERVICE OF PROCESS BY THE UNITED STATES MARSHAL

A request and declaration having been presented in compliance with the provisions of 28 U.S.C. § 1915; and an Order having been filed permitting commencement of suit without prepayment of filing fees;

IT IS HEREBY ORDERED that the United States Marshal is authorized to proceed with service of process upon the following defendants <u>only</u> without prepayment of cost, until further Order of the Court:

| Defendant | Individually | Official Capacity |
|---|---|---|
| Dunn School | ☐ individually | ✔ official capacity |
| Dunn School Trust | ☐ individually | ✔ official capacity |
| Mike Beck | ✔ individually | ☐ official capacity |
| David Tom Challinor | ✔ individually | ☐ official capacity |
| Darryl Devon Low | ✔ individually | ☐ official capacity |
| Ceta Dochterman | ✔ individually | ☐ official capacity |
| Ron Garrett | ✔ individually | ☐ official capacity |
| David Gilcrease | ✔ individually | ☐ official capacity |
| Cross Creek Manor | ☐ individually | ✔ official capacity |
| Richard Bandler | ✔ individually | ☐ official capacity |
| John Grinder | ✔ individually | ☐ official capacity |
| John Doe | ✔ individually | ☐ official capacity |

\* Upon receipt of this order, the United States Marshal may request that the defendant(s) waive service. If a waiver of service is not returned by a defendant within thirty (30) days of the date of mailing a request for waiver, the United States Marshal shall personally serve process upon that defendant.

Dated: March 22, 2021

*[signature: George H. Wu]*

HON. GEORGE H. WU, U.S. District Judge