# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CELECE, et al., | No. CV 20-10139-GW-PVCx |
| Plaintiff, | **ORDER RE: PLAINTIFF'S MAILING ADDRESS AND SERVICE OF COMPLAINT** |
| v. | |
| DUNN SCHOOL, et al., | |
| Defendants. | |

The Court having reviewed Plaintiff's Complaint, filed on November 3, 2020,

IT IS ORDERED THAT:

1. **No later than March 29, 2021**, plaintiff shall serve and file with the Court a Notice of Current Address which shall set forth plaintiff's current mailing address (where plaintiff may be served with documents by the Court and the parties so as to be able to respond in a timely manner). Failure to file the Notice of Current Address may result in dismissal of the action for failure to prosecute.

/

/

2. The United States Marshal is ordered to serve the Summons and Complaint, as indicated on the attached Order Directing Service of Process by the United States Marshal filed on March 22, 2021.

**IT IS SO ORDERED**.

DATED: March 22, 2021

*[signature]*

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE