AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

Celece, John Doe
_____
Plaintiff(s)

v.

Dunn School, Dunn School Trust, Mike Beck, David Tom Challinor, Darryl Devon Low, Ceta Dochterman, Ron Garrett, David Gilcrease, Jeannie Gilcrease, Cross Creek Manor, Richard Bandler, John Grinder, Jane Doe, John Doe
_____
Defendant(s)

Civil Action No. 2:20-cv-10139 GW (PVCx)

**ALIAS**
## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

Dunn School
2555 W. Hwy 154
Los Olivos, CA 93441

Dunn School Trust
PO Box 98
Los Olivos, CA 93441

Mike Beck
PO Box 98
Los Olivos, CA 93441

David T Challinor
823 Sporseen Rd
Sequim, WA 98382

D. Devon Low
14 Moss St, Apt C
San Francisco, CA 94103

Ceta Dochterman
3635 Swallow Ct.
Castro Valley, CA 94546

Ron Garrett
1188 S 920 W
Hurricane, UT 84737

David Gilcrease
338 W 1970 S
Hurricane, UT 84737

Jeannie Gilcrease
unknown

Jane and John Doe
unknown

Cross Creek Manor
150 N State St.
La Verkin, UT 84745

Richard Bandler
3900 Woodlake Dr
Plano TX 75093

John Grinder
1099 Smith Grade #16
Santa Cruz, CA 95060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Celece
PO Box 1679-4321
Sacramento, CA
95812

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: March 22, 2021

/s/ Javier Gonzalez
Signature of Clerk or Deputy Clerk