UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| CELECE, et al., | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | CV 20-10139-GW-PVCx |
| v. | |
| DUNN SCHOOL, et al., | ORDER DIRECTING SERVICE OF PROCESS BY THE UNITED STATES MARSHAL |
| DEFENDANT(S). | |

A request and declaration having been presented in compliance with the provisions of 28 U.S.C. § 1915; and an Order having been filed permitting commencement of suit without prepayment of filing fees;

IT IS HEREBY ORDERED that the United States Marshal is authorized to proceed with service of process upon the following defendants <u>only</u> without prepayment of cost, until further Order of the Court:

| Defendant | Capacity |
|---|---|
| Jeannie Gilcrease | ✔ individually ☐ official capacity |
| | ☐ individually ☐ official capacity |
| | ☐ individually ☐ official capacity |
| | ☐ individually ☐ official capacity |
| | ☐ individually ☐ official capacity |
| | ☐ individually ☐ official capacity |
| | ☐ individually ☐ official capacity |
| | ☐ individually ☐ official capacity |
| | ☐ individually ☐ official capacity |
| | ☐ individually ☐ official capacity |

\* Upon receipt of this order, the United States Marshal may request that the defendant(s) waive service. If a waiver of service is not returned by a defendant within thirty (30) days of the date of mailing a request for waiver, the United States Marshal shall personally serve process upon that defendant.

Dated: March 22, 2021

*George H. Wu*

HON. GEORGE H. WU, U.S. District Judge

**CV-35 (11/96)      ORDER DIRECTING SERVICE OF PROCESS BY THE UNITED STATES MARSHAL**