FILED
CLERK, U.S. DISTRICT COURT

MAR 25, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___JG___ DEPUTY

Celece
appearing pro per
Lemongrasstelephone@gmail.com
PO Box 1679-4321
Sacramento, Ca 94812
602-448-8809

United States District Court, Central Dictrict of California

Celece

V

Dunn School, et al

Docket # 2:20-cv-10139 GW (PVCx)

Plaintiff's Notice of Current Address;

Consent To E-Service

Hon Judge George Wu; assigned to:Hon. Judge Pedro Castillo

### Introduction

Pursuent to the Order of The Court (Dkt 19), I hereby file this Notice of Current Address. The Court explains in the Order that the underlying purpose of the Order is for me to provide an address "where the plaintiff may be served with documents by the Court and the parties so as to be able to respond in a timely manner." In response to this purpose, I further file a Consent to E-Service. This is because my email address is the most reliable and fastest way for me to receive all documents.

### Notice of Current Address

My name is Celece and I am the plaintiff in the case cited in the caption above. My current mailing address is :

    PO Box 1679-4321

    Sacramento, CA 95812

## Plaintiff's Declaration In Support of Address

I swear under penalty of perjury under the laws of the State of California that the following is true and accurate to the best of my belief and personal knowledge.

1. I am literate. My first language is English. I understand my duty to tell the truth. I am not presiding over this preceeding. I have personal knowledge of the following facts.

2. My current mailing address is PO Box 1679-4321, Sacramento Ca, 95812

3. I am a participant in the Safe At Home Program operated by the California Secretary of State. My address is a Safe At Home address.

4. The Safe At Home Program is available to victims of domestic violence and stalking/harrassment. I was accepted into the program due to the actions and behavior of certain defendants named in this lawsuit. These actions and behaviors include ones that more recent than those cited in the Complaint, and are beyond the scope of the lawsuit.

5. Mail at this address is sorted by multiple various employees. Due to the scope of the program, all received mail is carefully reviewed and scrutinized by employees, who will return mail if for any reason they suspect there is an error in the address.

6. Mail is returned or accepted/forwarded at the discretion of the employee who is sorting the mail on that day it is received. (Cal. Gov Code 6207(d))

7. I have erroneously had some mail returned due to this review, while other mail has been properly forwarded to me.

8. In spite of fact 7 listed above, this is my correct mailing address.

9. This is a relatively new program, and the State Government is still working out any issues that may arise in the administration of the program.

I swear under penalty of perjury under the laws of the State of California that the foregoing is true and accurate to the best of my belief and personal knowledge.

*Celece* 3-25-21
Celece  County of Alameda

## Plaintiff's Other Contact Information

My name is Celece and I am the plaintiff in the above captioned case. My contact information is :

Telephone number: (602) 448-8809

E-mail address: Lemongrasstelephone@gmail.com

## Notice Of Consent To E-Service

I hereby give notice to the court and all interested parties that I, the plaintiff in the above captioned case, am giving my consent to service of all documents by electronic means for this case at my email address of record. This document is lodged on 3/25/21. It is exempt from service on all other parties since other parties have not yet appeared.

## Plaintiff's Consent To E-Service

I, the self-represented plaintiff in the above captioned case, hereby give consent to e-service by all parties and the Court for all documents in this case, including motions, orders, responses, and any other documents that may be served on me as the plaintiff.

My address of record for e-service is :

LEMONGRASSTELEPHONE@GMAIL.COM

## Plaintiff's Declaration In Support of E-Service

I swear under penalty of perjury under the laws of the State of California that the following is true and accurate to the best of my belief and personal

knowledge.

1. I am literate. My first language is English. I understand my duty to tell the truth. I am not presiding over this preceeding. I have personal knowledge of the following facts.

2. In items 5-9 in the Declaration In Support Of Address written above, I explain that my physical address is occasionally unreliable, and this unreliability is outside of my control.

3. I further cite by inference in the Declaration In Support of Address that I have good cause to use this current address as I have provided to the court, rather than provide my exact physical whereabouts.

4. I do *not* have a more reliable alternative physical mailing address to provide to the court. I do not maintain another PO Box. Further, I often employ temporary housing arrangements.

5. My e-mail address cited in this document is accessible only by me, and no other individuals or private entities, with the exception of the service provider. The service provider (Google) has limited access to the email account for lawful purposes, such as under the direction of a Court Order or Subpoena.

6. Access to my emails requires an internet connection and a data enabled device, (e.g., smartphone or computer). I have a computer, which I use to write court documents and which I use to check emails. My computer has adequete space to receive and store all documents for this case (L.R. 5-4.8.2).

7. I usually have the ability to access the internet. I employ public wifi connections when neccessary. Otherwise, I use my cell phone service to access the internet.

8. Downloading and accessing attached PDF documents from emails requires a PDF reader. I have a free PDF reader installed on my computer.

9. My printer and scanner has consistant problems and errors, which makes it extremely difficult for me to print, sign, and scan documents for lodging with the

court. However, my printer and scanner is not required for receipt of service of process.

I swear under penalty of perjury under the laws of the State of California that the foregoing is true and accurate to the best of my belief and personal knowledge.

*Celece* 3-25-21
celece  County of Alameda

## Conclusion

As a participant in the Safe At Home Program, I have the right to keep the address where I am living out of court records, and inaccessible to other parties. This is because that address would reveal the exact physical location where I am staying, which would probably expose me to stalking and harrassment, or other unlawful misconduct.

Even if my inclusion in the Safe At Home Program is insufficient to justify electronic service, my regular reliance on temporary housing (and subsequent frequent moves) makes service of me at my actual physical location unreliable and ineffective. I would be required to submit a new "Notice of Current Address" document every few days or weeks for the duration of this case. That would unneccessarily burden me, the other parties, and the Court; and would likely cause difficulty with service.

My email address as provided to the court is the most reliable means I have of receiving mail. My e-address is secure, in that nobody other than me has the password to my account. I can typically access my email the same day it is sent, or within a few days at most. There is no chance that I will "move" from this address for the duration of this case.

## Points and Authorities

### A. My Safe At Home Address Should Be Accepted By The Court

Cal Gov Code 6207 states,

5

Celece V Dunn School, et al                                    Notice of Current Address; Consent To E-Service

"(a) A program participant may request that state and local agencies use the address designated by the Secretary of State as his or her address. When creating a public record, state and local agencies shall accept the address designated by the Secretary of State as a program participant's substitute address, unless the Secretary of State has determined both of the following:

    (1) The agency has a bona fide statutory or administrative requirement for the use of the address which would otherwise be confidential under this chapter.

    (2) This address will be used only for those statutory and administrative purposes and shall not be publicly disseminated."

It is a long-standing policy of Federal Courts to defer to the laws of the state within which they operate when appropriate. California law makes it clear that a program participant may request that state agencies use the designated Safe At Home address for all purposes. Court records create public records, and this Court cannot fulfill either requirement for not accepting this address. For requirement (1), there is no statutory requirement in the Local Rules or in the Fed Rules of Civ Pro which bar the acceptance of this mailing address. For requirement (2), the court cannot show that my underlying address will not be publicly disseminated.

Cal Gov Code 6205 states,

" The Legislature finds that persons attempting to escape from actual or threatened domestic violence, sexual assault, stalking, human trafficking, or elder or dependent adult abuse frequently establish new names or addresses in order to prevent their assailants or probable assailants from finding them. The purpose of this chapter is to enable state and local agencies to respond to requests for public records without disclosing the changed name or location of a victim of domestic violence, sexual assault,

Celece V Dunn School, et al      Notice of Current Address; Consent To E-Service

2:20-cv-10139-GW-PVC

stalking, human trafficking, or elder or dependent adult abuse to enable interagency cooperation with the Secretary of State in providing name and address confidentiality for victims of domestic violence, sexual assault, stalking, human trafficking, or elder or dependent adult abuse and to enable state and local agencies to accept a program participant's use of an address designated by the Secretary of State as a substitute mailing address."

The specific person(s), whose actions justify my participation in the program, are named as defendant(s) in this lawsuit. While an address for service of process may be filed under seal (and thus redacted from the general public view), it would neccessarily be available to all named defendants including the one(s) I am escaping from. That would undermine the purpose of the law, in addition to undermining my safety.

### B. E-Service through CM/ECF

L.R. 5-3.2.1 describes proper Service of Process in civil cases. It states,

"Upon the electronic filing of a document, a "Notice of Electronic Filing" ("NEF") will be automatically generated by the CM/ECF System and sent by e-mail to: (1) all attorneys who have appeared in the case in this Court and (2) **all pro se parties** who have been granted leave to file documents electronically in the case pursuant to L.R. 5-4.1.1 *or who have appeared in the case and are registered to receive service through the CM/ECF System pursuant to L.R. 5-3.2.2.* Unless service is governed by F.R.Civ.P. 4 or L.R. 79-5.3, *service with this electronic NEF will constitute service pursuant to the Federal Rules of Civil and Criminal Procedure, and the NEF itself will constitute proof of service for individuals so served.*" (emphasis added)

The important part is emphasized. I have not been granted leave of court to file electronically. However, L.R. 5-3.2.2 may apply to me.

1  L.R. 5-3.2.2 states
2      "A nonincarcerated pro se litigant who has not been granted leave to file
3      documents electronically in a particular case pursuant to L.R. 5-4.1.1 may
4      nevertheless register to receive electronic service of documents through
5      the Court's CM/ECF System."
6  I am a nonincarcerated pro se litigant. I have registered for a PACER account
7  and have access to the docket through the court's CM/ECF system. I am not able
8  to file through PACER, which is not inconvienient since the court recently
9  added the EDSS system for pro se litigants.
10     Registration to receive e-service through the Court's CM/ECF system
11 appears to need the lodging of my Consent to E-Service with the Court and some
12 intervention by the Court, and manual entry of registration. Based on my
13 investigation of the website, there is no way for me to register for e-service
14 directly through the website. The site does not provide me with that option.
15 **C. Direct E-Service**
16 In the Fed Rules of Civ Pro, Rule 5(b)(2)(E) states,
17     "A paper is served under this rule by:
18     (E) sending it to a registered user by filing it with the court's electronic-
19     filing system *or sending it by other electronic means that the person*
20     *consented to in writing—in either of which events service is complete*
21     *upon filing or sending,* but is not effective if the filer or sender learns that
22     it did not reach the person to be served."(emphasis added)
23 The important part of this Rule is the italicized part, which makes it clear that
24 service on a party is considered complete if sent to a party by electronic means
25 that the party consented to. Here, I give my consent for service to my email
26 address of record. As described in the Declaration In Support of E-Service
27 above, direct service to my email address would be the easiest and simplest form
28 of service.

8

## Request For Relief

I request that the court require that all future service on me, the plaintiff, be effected by electronic means by e-serving me at my email address, either directly by parties sending me documents to my email address or by permitting my registration on CM/ECF for e-service.

Respectfully Submitted,

_Celece_   3-25-21

Celece