Leila Nourani (SBN 163336)
Stephanie J. Tanada (SBN 257769)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
leila.nourani@jacksonlewis.com
stephanie.tanada@jacksonlewis.com

Attorneys for Defendants
DUNN SCHOOL and MIKE BECK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELECE; JOHN DOE,<br><br>Plaintiffs,<br><br>vs.<br><br>DUNN SCHOOL; DUNN SCHOOL TRUST; MIKE BECK; DAVID "TOM" CHALLINOR; DARRYL DEVON LOW; CETA DOCHTERMAN; RON GARRETT; DAVID GILCREASE; JEANIE GILCREASE; CROSS CREEK MANOR; RICHARD BANDLER; JOHN GRINDER; JANE DOE; JOHN DOE<br><br>Defendants. | CASE NO. CV 20-10139-GW-PVCx<br><br>**JUDGMENT ON DEFENDANTS DUNN SCHOOL AND MIKE BECK'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Complaint Filed: November 3, 2020<br>Trial Date: None Set |

Defendants DUNN SCHOOL and MIKE BECK's Motion to Dismiss came on regularly for hearing before the Honorable George Wu, United States District Court Judge, in Courtroom 9D. The parties appeared through their respective counsels of record.

After full consideration of the authorities submitted by counsel and Plaintiff *pro se*, as well as counsel's oral argument, the Court finds Plaintiff's operative pleading violates the applicable statute of limitations as to DUNN SCHOOL and MIKE BECK.

/ / /

/ / /

Therefore, Defendants DUNN SCHOOL and MIKE BECK's Motion to Dismiss is

1  GRANTED with prejudice. IT IS HEREBY ORDERED AND ADJUDGED that judgment
2  is entered in favor of Defendants DUNN SCHOOL and MIKE BECK and Defendants are
3  entitled to their taxable costs incurred in defense of the action/claims.

Dated: March 1, 2022

*/s/ George H. Wu*

HON. GEORGE H. WU
United States District Judge

4870-0043-6241, v. 1