1  Henry S. David (CA SBN 89297)
2  hdavid@davidfirm.com
   Hayim M. Gamzo (CA SBN 307033)
3  hgamzo@davidfirm.com
4  THE DAVID FIRM®
   3415 S. Sepulveda Blvd., 11th Floor
5  Los Angeles, California 90034
6  Telephone: (424) 271-4570

7  Attorneys for Defendant
8  DR. RICHARD BANDLER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CELECE *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>DUNN SCHOOL, *et al.*,<br><br>  Defendants. | Case No. CV 20-10139-GW-PVCx<br><br>**JUDGMENT AS TO DEFENDANT DR. RICHARD BANDLER PURSUANT TO MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(B)** |

- 1 -
JUDGMENT IN FAVOR OF DR. BANDLER

     The Motion by Defendant Dr. Richard Bandler to Dismiss for (A) Lack of Subject Matter Jurisdiction; or in the Alternative, (B) Lack of Personal Jurisdiction; or in the Alternative, (C) Failure to State Facts Sufficient to Constitute a Claim for Relief (Dkt. 27) came on regularly for a final hearing on February 24, 2022, in Courtroom 9D of the above-entitled Court, the Honorable George H. Wu, United States District Court Judge, presiding.  Henry S. David of The David Firm® appeared on behalf of Dr. Bandler.  No appearance was made on that date by Plaintiff Celece ("Plaintiff").

     After full consideration of the matter, the Court finds that it lacks personal jurisdiction over Plaintiff's claim(s) against Dr. Bandler.  Therefore, the Court dismisses this action as against Dr. Bandler, without prejudice, for lack of personal jurisdiction.  Dr. Bandler is entitled to recover his taxable costs in this action.

Dated: March 3, 2022

_____
HON. GEORGE H. WU,
United States District Judge

THE DAVID FIRM®
LAW OFFICES
3415 S. Sepulveda Blvd., 11th Floor
Los Angeles, California 90034
(424) 271-4570