ROBERT PETROKOFSKY (SBN 97072)
*newportbeachlaw1@gmail.com*
Attorney at Law
260 Newport Center Drive, Suite 100
Newport Beach, CA 92660
Phone: (714) 384-6542
Fax: (949) 720-8358

Attorney for Defendant, Ceta Dochterman

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CELECE *et al.*,<br><br>    Plaintiff,<br><br>v.<br><br>DUNN SCHOOL, *et al.*,<br><br>    Defendants. | Case No.: CV 20-10139-GW-PVCx<br><br>**JUDGMENT AS TO DEFENDANT CETA DOCHTERMAN PURSUANT TO MOTION TO DISMISS UNDER FRCP RULE 12(b)(6)**<br><br>**Action Filed:** November 3, 2020<br>**Trial Date:** June 19, 2023 |

Defendant Ceta Dochterman's MOTION TO DISMISS CLAIMS PURSUANT TO FRCP RULE 12(b)(6) FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED BASED UPON THE STATUTE OF

-1-

LIMITATIONS 12(b)(6), came on regularly for a final hearing on February 24, 2022, in Courtroom 9D of the above-entitled Court, the Honorable George H. Wu, United States District Court Judge, presiding. Robert Petrokofsky appeared on behalf of moving party. No appearance was made on that date by Plaintiff, Celece.

After full consideration of the matter, the Court finds that each and all of the claims asserted against Defendant Ceta Dochterman is and are untimely and barred under the applicable statute of limitations, that such claims for relief and the Complaint in its entirety should be and is hereby dismissed with prejudice as to Defendant Ceta Dochterman, and that Judgment thereon is granted in favor of Defendant Ceta Dochterman and against Plaintiff Celece, and Plaintiff Celece shall take nothing by her claims and Complaint against Defendant Ceta Dochterman.

Defendant Ceta Dochterman is entitled to recover her taxable costs in this action.

Dated: March 3, 2022

_____
Honorable George H. Wu
United States District Judge

- 2 -

[PROPOSED] JUDGMENT AS TO DEFENDANT CETA DOCHTERMAN PURSUANT TO MOTION TO DISMISS UNDER FRCP RULE 12(b)(6)