1  Evan S. Strassberg (CA Bar No. 219336)
2  esstrassberg@michaelbest.com
   Michael Best & Friedrich LLP
3  2750 East Cottonwood Parkway, Suite 560
4  Cottonwood Heights, Utah 84121
   Telephone: 801.833.0500
5  Facsimile: 801.931.2500

6
   Attorney for Defendants
7  Ron Garrett and David Gilcrease

8

9               **UNITED STATES DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**
10

11                                    | Case No: CV 20-10139-GW-PVCx
   Celece,
12              Plaintiff,            | **JUDGMENT AS TO DEFENDANTS DAVID GILCREASE AND RON GARRETT PURSUANT TO MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(B)**
13  v.
14  Dunn School et al.,
15              Defendants.
16

17        The Motion by Defendants Ron Garrett and David Gilcrease's Motion to
18  Dismiss for (1) Lack of Personal Jurisdiction, or, in the Alternative (2) Failure to
19  State a Claim Upon Which Relief May be Granted (Dkt. 48) came on regularly for
20  a final hearing on February 24, 2022, in Courtroom 9D of the above-entitled Court,
21  the Honorable George H. Wu, United States District Court Judge, presiding. Evan
22  S. Strassberg appeared on behalf of Defendants Ron Garrett and David Gilcrease.
23  No appearance was made on that date by Plaintiff Celece ("Plaintiff").
24        After full consideration of the matter, the Court finds that it lacks personal ju-
25  risdiction over Plaintiff's claim(s) against Defendants Garrett and Gilcrease. There-
26  fore, the Court dismisses this action as against Defendants Garrett and Gilcrease,

27

28

1   without prejudice, for lack of personal jurisdiction. Defendants Garrett and

2   Gilcrease are entitled to recover their taxable costs in this action.

3

4

5   Dated: March 7, 2022

6   HON. GEORGE H. WU,
    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JUDGEMENT IN FAVOR OF GILCREASE
AND GARRETT