JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Celece,<br><br>    Plaintiffs,<br><br>    v.<br><br>Dunn School, Dunn School Trust, Mike Beck, David Tom Challinor, Darryl Devon Low, Ceta Dochterman, Ron Garrett, David Gilcrease, Jeanie Gilcrease, Cross Creek Manor, Richard Bandler, John Grinder, Jane Doe, John Doe,<br><br>    Defendants. | No. CV 20-10139-GW-PVCx<br><br>**JUDGMENT AS TO DEFENDANT DAVID TOM CHALLINOR PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**<br><br>Date Action Filed: November 3, 2020 |

## JUDGMENT

On November 22, 2021, defendant David Tom Challinor's ("Challinor") motion to dismiss the complaint of plaintiff Celece ("Plaintiff") pursuant to Federal Rule of Civil Procedure 12(b)(6) [dkt. 53] came on regularly for hearing and the Court entered as final the tentative ruling dismissing Plaintiff's claims against Challinor without prejudice. [Dkt. 128; Transcript at 39:5-14.] The Court subsequently granted Plaintiff until March 18, 2022 to amend her complaint. [Dkt. 149.] The Plaintiff did not amend her complaint, and therefore, judgment is hereby entered dismissing Challinor from the above-captioned action with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated:     April 4, 2022

_____
HON. GEORGE H. WU,
United States District Judge